This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40901**

**MONIQUE VALDEZ,**

Appellee-Respondent,

v.

**NEW MEXICO TAXATION &
REVENUE DEPARTMENT, MOTOR
VEHICLE DIVISION,**

Appellant-Petitioner.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Erin B. O'Connell, District Court Judge**

Monique Valdez
Albuquerque, NM

Pro Se Respondent

Jama E. Fisk
Santa Fe, NM

for Petitioner

### MEMORANDUM OPINION

**HENDERSON, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}** **IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**ZACHARY A. IVES, Judge**